# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **1. Don Keenan,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **Case No. 23-CV-1121-D** |
| § | |
| **2. The State of Oklahoma** and § | (Removed from Oklahoma County |
| **3. Todd Russ,** in his capacity as the § | Case No. CV-2023-2762) |
| Treasurer of the State of Oklahoma § | |
| § | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF THE STATE OF OKLAHOMA[1]

Plaintiff, Don Keenan ("Mr. Keenan"), hereby dismisses the State of Oklahoma without prejudice.

Respectfully submitted,

By: /s/ Collin R. Walke
COLLIN R. WALKE, OBA #22328
HALL ESTILL
100 North Broadway Ave.
Oklahoma City, OK 73102
Telephone: (405) 553-2322
Facsimile: (405) 553-2855
Email: cwalke@hallestill.com
**ATTORNEY FOR PLAINTIFF**

---

[1] Mr. Keenan is filing this dismissal while reserving all arguments as to remand and/or severance and is only filing this dismissal in federal court insofar as Oklahoma state court does not currently have jurisdiction.

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, a true and correct copy of the foregoing document was served upon Defendants' counsel by the Western District of Oklahoma ECF System.

/s/ Collin R. Walke
COLLIN R. WALKE