IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DON KEENAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-1121-D |
| | ) | |
| THE STATE OF OKLAHOMA, | ) | |
| and TODD RUSS, in his capacity as | ) | |
| Treasurer of the State of Oklahoma, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff's Motion for Expedited Briefing Schedule [Doc. No. 4]. Plaintiff requests expedited briefing for Plaintiff's Motion for Remand [Doc. No. 3], filed December 11, 2023. Upon consideration, Plaintiff's motion is **GRANTED**. Defendant Todd Russ shall respond to Plaintiff's motion for remand on or before December 19, 2023. Thereafter, Plaintiff may file a reply on or before December 22, 2023.

**IT IS SO ORDERED** this 11th day of December, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge