## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **1. Don Keenan,** | § |
| Plaintiff, | § § § |
| v. | § **Case No. 23-CV-1121-D** § |
| **2. The State of Oklahoma** and | § (Removed from Oklahoma County |
| **3. Todd Russ,** in his capacity as the Treasurer of the State of Oklahoma | § Case No. CV-2023-2762) § § |
| Defendants. | |

## PLAINTIFF'S AMENDED NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Don Keenan ("Mr. Keenan"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), provides notice of its voluntary dismissal of this action without prejudice.

Respectfully submitted,

By: /s/ Collin R. Walke
COLLIN R. WALKE, OBA #22328
HALL ESTILL
100 North Broadway Ave.
Oklahoma City, OK 73102
Telephone: (405) 553-2322
Facsimile: (405) 553-2855
Email: cwalke@hallestill.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2023, a true and correct copy of the foregoing document was served upon Defendants' counsel by the Western District of Oklahoma ECF System.

/s/ Collin R. Walke
COLLIN R. WALKE